UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Hope Nicole ARONSON<br><br>Defendant. | Magistrate Case No. **'08 MJ 0235**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in an Illegal Alien Without Presentation |

The undersigned complainant being duly sworn states:

On or about **January 25, 2008**, within the Southern District of California, defendant **Hope Nicole ARONSON**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Fang CHEN**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Claudia Rios, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th DAY OF JANUARY 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Cerda, declare under penalty of perjury the following to be true and correct.

The complainant states that Fang CHEN is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 25, 2008 at approximately 2:28 AM, Hope Nicole ARONSON (Defendant) made application for admission into the United States at the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a beige 1992 Mercedes Benz. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant gave a negative declaration and presented her state of California Identification card. Defendant alleged she was going to the hospital because she was feeling sick. While inspecting the vehicle, the CBP Officer opened the trunk and noticed some abnormalities. The CBP Officer suspected there was a space discrepancy between the rear seat and the trunk; furthermore, he elected to refer the vehicle to secondary for a more thorough inspection.

In secondary, a CBP Officer opened the trunk and inspected the space discrepancy. The CBP Officer went inside the vehicle, lifted the back seat rest and discovered what appeared to be a human leg. The officer removed the rear seat and removed an undocumented Chinese citizen from the compartment. The female was held as a material witness and is now identified as Fang CHEN.

During a videotaped interview Defendant was advised of her Miranda rights. Defendant acknowledged her rights and elected to answer questions without an attorney present. Defendant admitted knowing that there was one alien concealed in the vehicle. Defendant admitted she was going to receive a monetary payment of $800.00 USD to smuggle the alien into the U.S.

A videotaped interview was conducted with Material Witness. Material Witness declared herself a citizen of China with no legal documents to enter the United States. Material Witness stated she was traveling to New York and that her family was going to pay unknown smugglers between $30,000.00-$40,000.00 USD upon her safe arrival.

EXECUTED ON THIS 25th DAY OF JANUARY 2007 AT 6:00 PM.

_____
Fernando Cerda / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on January 25, 2008 in violation of Title 8, United States Code, Section 1324.

_____          1-26-08 @ 3:08 pm
MAGISTRATE JUDGE                                      DATE / TIME

TOTAL P.03