1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Hope Nicole Aronson

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE BARBARA L. MAJOR)**

11 | UNITED STATES OF AMERICA,           ) | Case No. 08MJ0236
12 |         Plaintiff,                   ) |
13 | v.                                   ) | **CERTIFICATE OF SERVICE**
14 | HOPE NICOLE ARONSON,                 ) |
15 |         Defendant.                   ) |
16 |_____) |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                 Efile.dkt.gc2@usdoj.gov; and

20
                    Gayle J. Mayfield-Venieris
21         federal@mayfield-law.com,mayfieldlaw@gmail.com

22                                Respectfully submitted,

24 DATED:    January 31, 2008          /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
25                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Hope Nicole Aronson