UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff  )<br>  )<br>  )<br>vs.  )<br>  )<br>Aronson (1)  )<br>  )<br>  Defendant(s)  )<br>_____ ) | CRIMINAL NO. 08MJ0236<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

FANG CHEN

DATED: 2/7/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
      Deputy Clerk