1   KAREN P. HEWITT
    United States Attorney
2   NICOLE A. JONES
    Assistant U.S. Attorney
3   California State Bar No. 231929
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-5482 / Fax: (619) 235-2757
    Email: Nicole.Jones@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                           UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Criminal Case No. 08CR0322-W
                                       )
11                     Plaintiff,      )
                                       )   NOTICE OF APPEARANCE
12             v.                      )
                                       )
13  HOPE NICOLE ARONSON,               )
                                       )
14                     Defendant.      )
    _____

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24      Name (If none, enter "None" below)

25      None.

26  //

27  //

28  //

1        Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4  association):

5      <u>Name</u> (If none, enter "None" below)

6      None.

7      Please call me if you have any questions about this notice.

8      DATED: March 12, 2008

                                  Respectfully submitted,

9

                                  KAREN P. HEWITT

10                                    United States Attorney

11                              /s/ *Nicoel A. Jones*

                                  NICOLE A. JONES

12                                    Assistant United States Attorney

                                  Attorneys for Plaintiff

13                                    United States of America

                                  Email: Nicole.Jones@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0322-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| HOPE NICOLE ARONSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, NICOLE A. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.    Gregory T. Murphy, Esq.    gregory_murphy@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2008.

/s/*Nicole A. Jones*
NICOLE A. JONES
Assistant U.S. Attorney